United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeffrey Scott Petiet  
Nancy Lee Petiet  
    Debtors

Case No. 24-10165-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 2  
Date Rcvd: Jan 19, 2024    Form ID: 309I    Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Scott Petiet, Nancy Lee Petiet, 2507 Wassergass Road, Hellertown, PA 18055-2121 |
| 14847348 | + | Dicks Score Rewards Masterdard, P.O. Box 960012, Orlando, FL 32896-0012 |
| 14847352 | + | Michelle DeWald, 44 E. Broad Street, Suite 25, Bethlehem, PA 18018-5920 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mdewald@rcn.com | Jan 20 2024 00:26:00 | MICHELLE DEWALD, Michelle Dewald, Esquire, 44 E. Broad Street, Suite 25, Bethlehem, PA 18018 |
| tr | | Email/Text: Info@ReadingCh13.com | Jan 20 2024 00:27:00 | SCOTT F. WATERMAN [Chapter 13], Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 20 2024 00:27:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 20 2024 00:27:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jan 20 2024 00:27:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14847342 | | Email/PDF: bncnotices@becket-lee.com | Jan 20 2024 00:36:41 | American Express, P.O. Box 6031, Carol Stream, IL 60197-6031 |
| 14847343 | | EDI: TSYS2 | Jan 20 2024 05:22:00 | Barclays, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14847344 | | EDI: CITICORP | Jan 20 2024 05:22:00 | Best Buy Credit Services, P.O. Box 70601, Philadelphia, PA 19176-0601 |
| 14847345 | | EDI: CAPITALONE.COM | Jan 20 2024 05:22:00 | Capital One, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 14847347 | | EDI: CRFRSTNA.COM | Jan 20 2024 05:22:00 | Credit First N.A., P.O. Box 81344, Cleveland, OH 44188-0344 |
| 14847349 | | EDI: DISCOVER | Jan 20 2024 05:22:00 | Discover, P.O. Box 70176, Philadelphia, PA 19176-0176 |
| 14847346 | | EDI: JPMORGANCHASE | Jan 20 2024 05:22:00 | Chase Card Services, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 14847351 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 20 2024 00:26:00 | Kohls Department Store, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14847353 | | EDI: SYNC | | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: 309I | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 20 2024 05:22:00 | SYNCB/Americam Eagle, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14847354 | | EDI: SYNC | | |
| | | | Jan 20 2024 05:22:00 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14847355 | + | EDI: SYNC | | |
| | | | Jan 20 2024 05:22:00 | SYNCB/Lowes, P.O. Box 965017, Orlando, FL 32896-5017 |
| 14847356 | | Email/Text: bankruptcy@bbandt.com | | |
| | | | Jan 20 2024 00:27:00 | Truist Bank, P.O. Box 79041, Baltimore, MD 21279-0041 |
| 14847350 | | EDI: USBANKARS.COM | | |
| | | | Jan 20 2024 05:22:00 | Elan Financial Services, P.O. Box 790408, Saint Louis, MO 63179-0408 |
| 14847357 | | EDI: WFFC2 | | |
| | | | Jan 20 2024 05:22:00 | Wells Fargo Auto, P.O. Box 17900, Denver, CO 80217-0900 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2024                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHELLE DEWALD | |
| | on behalf of Joint Debtor Nancy Lee Petiet mdewald@rcn.com |
| MICHELLE DEWALD | |
| | on behalf of Debtor Jeffrey Scott Petiet mdewald@rcn.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Jeffrey Scott Petiet<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–2628<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | Nancy Lee Petiet<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–8109<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: 13    1/17/24 | |
| Case number: | 24–10165–pmm | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case    10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jeffrey Scott Petiet | Nancy Lee Petiet |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2507 Wassergass Road<br>Hellertown, PA 18055 | 2507 Wassergass Road<br>Hellertown, PA 18055 |
| 4. | **Debtor's attorney**<br>Name and address | MICHELLE DEWALD<br>Michelle Dewald, Esquire<br>44 E. Broad Street<br>Suite 25<br>Bethlehem, PA 18018 | Contact phone 610–419–4561<br><br>Email: mdewald@rcn.com |
| 5. | **Bankruptcy trustee**<br>Name and address | SCOTT F. WATERMAN [Chapter 13]<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Contact phone (610) 779–1313<br><br>Email: ECFMail@ReadingCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M;<br>Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 1/19/24 |

**For more information, see page 2**

Official Form 309I    **Notice of Chapter 13 Bankruptcy Case**    page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 12, 2024 at 1:45 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>Time is approximate. Due to the nature of these meetings, some may run longer than others. Please stay connected until the meeting is called. | **Location:**<br>**The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (484) 309–8709, Enter Meeting ID 503 796 7663, and Passcode 4545941595**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/11/24** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/27/24** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/15/24** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $1350.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**4/25/24** at **10:00 AM** , Location: **Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |